# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 30 EAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
ALBERT MCNAMEE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.